**ORIGINAL**

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUL 10 2013
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| JOSEPH CACCIAPELLE and MELVIN BAREISS, On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. _____<br><br>13-466 C |

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule of Court of Federal Clams 40.2, Plaintiffs in the above-captioned matter hereby provide notice of two directly related cases:

1. The directly related cases are:

    a. Case No. 13-465 C (MMS) – *Fairholme Funds, Inc. et al v. United States* ("*Fairholme*"), which was filed in this Court on July 9, 2013.

    b. Case No. 13-385 C (MMS) – *Washington Federal, Michael McCreedy Baker, and City of Austin Police Retirement System, on behalf of themselves and all others similarly situated v. United States* ("*Washington Federal*"), which was filed on [DATE].

2. Under this Court's Rule 40.2(a)(2), cases are directly related if they "(A) involve the same parties and are based on the same or similar claims; or (B) they involve the same contract, property, or patent."

a. This case is directly related to the *Fairholme* case because it is based on both "the same or similar claims," and they both involve the same "property." Both this case and the *Fairholme* case challenge the August 17, 2012 "Third Amendment" to the Senior Preferred Stock Purchase Agreement between the Treasury and the Federal Housing Finance Agency ("FHFA"). As both complaints allege, the Third Amendment required all of the net worth of Fannie and Freddie to be swept as a dividend to the Treasury each quarter, and precludes plaintiffs (all of whom are junior preferred stockholders) from ever receiving any value. And both this case and the *Fairholme* case concern the same "property," *i.e.*, the Junior Preferred Stock issued by Fannie Mae and Freddie Mac, the economic value of which was appropriated by the Government through the Third Amendment. Both cases assert that this Third Amendment was a taking of private property under the Fifth Amendment. This case is a class action. The *Fairholme* case is not a class action.

b. This case is also related to the *Washington Federal* case. Both cases concern, at least in part, the allegedly unlawful taking of the same "property" – *i.e.*, the value of the preferred stock issued by Fannie Mae and Freddie Mac. However, there are also important differences between the two cases: the *Washington Federal* case claims that the taking occurred in September 2008 when the Government placed Fannie Mae and Freddie Mac into conservatorship; whereas this case claims that the taking occurred on August 17, 2012 through the Third Amendment. Thus, the *Washington Federal* case seeks to represent a class of preferred stock owners who held preferred stock

as of September 6, 2008, whereas this case seeks to represent a class of preferred stock owners who held preferred stock as of August 17, 2012. The *Washington Federal* case also asserts claims on behalf of common shareholders of Fannie Mae and Freddie Mac, while this action asserts claims exclusively on behalf of junior preferred shareholders. Nevertheless, despite these differences, both cases involve "similar claims," and both cases relate to the same "property," and hence are related under RCFC 40.2(a)(2).

3. Because the *Washington Federal* and *Fairholme* cases are both currently assigned to Judge Sweeny, assigning this case to Judge Sweeny would conserve judicial resources and promote the efficient administration of justice. These cases have all been filed within approximately one month of each other. The parties are therefore at similar stages of the litigation, and may be able to coordinate scheduling and discovery, at least on any overlapping or common issues, thereby allowing the Court to handle the matters in a more efficient manner.

Respectfully submitted,

**BOIES, SCHILLER & FLEXNER LLP**

Hamish P.M. Hume
5301 Wisconsin Ave., NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: hhume@bsfllp.com

Damien Marshall
575 Lexington Avenue
New York, N.Y. 10022
Telephone: (212) 446-2300
Facsimile: 212 446 2350
Email: DMarshall@bsfllp.com

-4-

        **KESSLER TOPAZ MELTZER  
         & CHECK, LLP**  
Lee D. Rudy  
Eric L. Zagar  
280 King of Prussia Road  
Radnor, PA 19087  
Telephone: (610) 667-7706  
Facsimile: (610) 667-7056

*Attorneys for Plaintiffs*

Date:  July 10, 2013