# In the United States Court of Federal Claims

Nos. 13-466C, 13-496C, 13-542C
(Filed: January 8, 2014)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOSEPH CACCIAPALLE, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

On January 7, 2014, plaintiffs' filed a motion for enlargement of time to file its opposition to defendant's motion to dismiss. For good cause shown, and taking into consideration defendant's objection, the court extends the deadline for plaintiffs' opposition to the government's motion to dismiss <u>until the later of</u> (a) February 21, 2014, or (b) any deadline that is set in <u>Fairholme Funds, Inc. et al. v. United States</u>, No. 13-c-00465C for an opposition to the government's motion to dismiss in that case, including any deadline set after any suspension or continuance of the briefing schedule that is ordered in that case to allow time for discovery.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY