# In the United States Court of Federal Claims

Nos. 13-466C, 13-496C, 13-542C
(Consolidated)
(Filed: July 14, 2014)

```
*************************************
JOSEPH CACCIAPALLE, et al.,          *
                                     *
               Plaintiffs,           *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
               Defendant.            *
*************************************
```

## ORDER

     Defendant in the above-captioned case has filed a motion to dismiss, and briefing is currently stayed pending the completion of jurisdictional discovery in <u>Fairholme Funds, Inc. v. United States</u>, 13-465, a related case.  On July 11, 2014, plaintiffs filed a notice and motion requesting that they be allowed to obtain documents or other information that are produced during jurisdictional discovery and that are used in amended pleadings or briefings in <u>Fairholme</u>.  Plaintiffs also seek to appear before the court regarding this request during the next status conference in <u>Fairholme</u>.

     The court does not intend to offer an advisory opinion regarding plaintiffs' case at this time, or to hear any arguments about such case during status conferences in <u>Fairholme</u>.  The court will confirm, however, that in order to promote the efficient administration of justice and to prevent inconsistent rulings, plaintiffs shall have a full and fair opportunity to pursue the appropriate discovery when briefing in this case is no longer stayed.  Allowing the <u>Fairholme</u> plaintiffs to pursue discovery initially does not in any way prejudice similarly situated plaintiffs in the related cases or prevent them from pursuing discovery.

     **IT IS SO ORDERED.**

                                                           s/ Margaret M. Sweeney
                                                          MARGARET M. SWEENEY
                                                          Judge